UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CULINARY STUDIOS, INC., et al.,** <br><br> **Plaintiff** <br><br> v. <br><br> **GAVIN NEWSOM, Governor of California, et al.,** <br><br> **Defendants** | **CASE NO. 1:20-CV-1340 AWI EPG** <br><br> **ORDER ON PARTIES' STIPULATION AND ORDER PERMITTING SUR-REPLY** <br><br> (Doc. Nos. 27, 28) |

Currently set on January 19, 2021, is a hearing on Defendants' three respective Rule 12(b) motions to dismiss. On January 12, 2021, the parties filed a stipulation to continue the hearing to January 25, 2021, due to a conflict with a defense counsel's schedule. See Doc. No. 27. The Court will give effect to the stipulation and move the hearing.

Also on January 12, 2021, the County filed a reply. See Doc. No. 28. Previously, the County simply filed a two page joinder of the "State Defendants" motion to dismiss. See Doc. No. 20. The reply contains arguments that were no raised as part of the joinder, but clearly should have been. Under the circumstances, the Court finds that it is appropriate to give Plaintiffs the opportunity to file a sur-reply to the County's reply.

//

//

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The January 19, 2021 hearing on pending motions to dismiss is VACATED;
2. Hearing on all pending motions to dismiss is RESET to January 25, 2021, at 1:30 p.m.; and
3. On or by 9:30 a.m. on January 20, 2021, Plaintiffs may file a sur-reply to the County's reply.

IT IS SO ORDERED.

Dated:   January 13, 2021

SENIOR DISTRICT JUDGE

2