UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULINARY STUDIOS, INC., et al.,<br><br>PlaintiffS,<br><br>v.<br><br>GOVERNOR GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 1:20-cv-01340-AWI-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 40) |

On April 27, 2021, Plaintiff filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 40.) Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending motions and deadlines and to close the case.

IT IS SO ORDERED.

Dated: **April 28, 2021**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

1